UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GERBER GEOVANNI                                                              PETITIONER
GARCIA HERNANDEZ

VERSUS                                        CIVIL ACTION NO. 5:25-CV-145-DCB-RPM

RAFAEL VERGARA                                                              RESPONDENT

## ORDER REQUIRING STATUS UPDATE

On December 2, 2025, Petitioner Gerber Geovanni Garcia Hernandez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is a citizen of Guatemala who entered the United States without inspection.  He has been detained by Immigration and Customs Enforcement (ICE) since September 29, 2025.  At the time he filed his petition, he was in removal proceedings and being detained at the Adams County Correctional Center in Natchez, Mississippi.  On January 21, 2026, Petitioner filed an emergency motion to expedite arguing in essence that he wants an immediate ruling on the petition's merits because of an individual merits hearing scheduled for January 28, 2026, before the EOIR.  [11].  The Court directs the parties to provide a status update on Petitioner's removal proceedings, including but not limited to the results of the January 28, 2026, EOIR hearing.

IT IS THEREFORE ORDERED that the parties shall file a status update on or before **April 30, 2026**.

SO ORDERED AND ADJUDGED, this the 16th day of April 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE